# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JAMES ERIC PREVOR** and **BARRY JAY PREVOR,** individuals and as Co-Personal Representatives of **THE ESTATE OF ROSLYN DALE PREVOR,**
Appellants,

v.

**CHERYL PREVOR,**
Appellee.

No. 4D20-883

[July 9, 2020]

Appeal of non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jessica Ticktin, Judge; L.T. Case No. 502018CP005540XXXXSB.

Peter A. Sachs, Roberto M. Vargas, and Carlee G. Rizzolo of Jones Foster, P.A., West Palm Beach, for appellants.

Michael S. Singer, Antonio P. Romano, and Brian M. Spiro of Comiter, Singer, Baseman & Braun, LLP, Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***